COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-15-00294-CR |
| Style: | Amina Rose White v. State of Texas |
| Date motion filed*: | May 4, 2015 |
| Type of motion: | Motion to Transfer to Civil Appeal |
| Parties filing motion: | Appellant |
| Document to be filed: | N/A |

Is appeal accelerated?       No

If motion to extend time:

| | |
|---|---|
| Original due date: | N/A |
| Number of extensions granted: | 0        Current Due Date:  N/A |
| Date Requested: | N/A |

Ordered that motion is:

☑ Granted

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

Because this appeal involves a petition for nondisclosure, which Texas Government Code Section 411.081 classifies as a civil petition, appellant's motion is **granted**. *See* TEX. GOV'T CODE ANN. § 411.081(d), (f-1) (West Supp. 2014); *Harris v. State*, 402 S.W.3d 758, 760 (Tex. App.—Houston [1st Dist.] 2012, no pet.).  Accordingly, the Clerk of this Court is directed to transfer this case to a civil cause number and send out the standard notices required for civil appeals, such as for the filing fee.  Because appellant already filed his brief with the criminal cause number on May 4, 2015, no amended brief is needed, but all future filings, including appellee's brief, should refer to the new civil cause number, once it is assigned.

Judge's signature: /s/ Laura C. Higley_____

                    ☑ Acting individually       ☐ Acting for the Court

Date: May 12, 2015_____

November 7, 2008 Revision